UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP REID,<br><br>    Plaintiff,<br><br>v.<br><br>AMANDA M. WOOD,<br><br>    Defendant. | Case No.: 1:18-cv-01635-DAD-JLT (PC)<br><br>ORDER DENYING MOTION FOR SUBPOENAS WITHOUT PREJUDICE<br><br>(Docs. 28) |

On September 19, 2019, Plaintiff sent a letter to the Clerk's Office requesting five subpoenas. (Doc. 28.) The Court reminds Plaintiff that requests to the Court must be styled as motions and that letters to the Court may be stricken or disregarded. (*See* Doc. 3 at 2.) However, the Court will construe Plaintiff's letter as a motion for subpoenas. The time for Defendant to file an opposition or statement of non-opposition to the motion has passed, (*see* Local Rule 230(l)), and the Court deems the motion submitted.

Subject to the requirements set forth herein, Plaintiff is entitled subpoenas commanding the production of documents, electronically stored information, or tangible things from a non-party. Fed. R. Civ. P. 45(a). In addition, Plaintiff is entitled to service of the completed subpoena by the United States Marshal. *See* 28 U.S.C. 1915(d). However, the Court will consider granting such a request only if the documents sought from the non-party are not equally available to Plaintiff and not obtainable from Defendant through a request for production of documents. *See*

Fed. R. Civ. P. 34. As stated in the Court's First Informational Order, discovery requests on a defendant, such as a request for production of documents, must be served directly on the attorney for the defendant. (*See* Doc. 3 at 4.) Plaintiff has not demonstrated that he made a request to Defendant for production of the documents that he seeks, that the documents he seeks are in the possession of a non-party, or that he is entitled to the documents.

Should Plaintiff choose to file another motion for the Court to issue subpoenas he must: (1) identify with specificity the documents sought and from whom, and (2) make a showing that the documents are only obtainable from the specified non-party. Also, any documents requested must fall within the scope of discovery allowed in this action. *See* Fed. R. Civ. P. 26(b).

Based on the foregoing, the Court **ORDERS**:

1. Plaintiff's motion for subpoenas, (Doc. 28), is **DENIED** without prejudice to renewal of the motion as instructed by this order; and,
2. The Clerk of the Court is directed to send Plaintiff a copy of Rule 34 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: **October 26, 2019**           **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE