UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP REID,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>A. WOOD,<br><br>　　　　　　Defendant. | Case No. 1:18-cv-01635-DAD-JLT (PC)<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>21-DAY DEADLINE |

On March 19, 2020, Defendants filed a motion for summary judgment and served notice of the requirements for opposing the motion (Doc. 34 at 2-3). Plaintiff had 21 days to file an opposition or a statement of non-opposition to the motion. To date, he has not done so. Accordingly, **within 21 days,** Plaintiff SHALL show cause in writing why this action should not be dismissed with prejudice for his failure to prosecute. Alternatively, Plaintiff may file an opposition or a statement of non-opposition to Defendants' motion for summary judgment. **Failure to comply with this order will result in a recommendation that this case be dismissed with prejudice for failure to prosecute.**

IT IS SO ORDERED.

　　Dated:　**May 7, 2020**　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE